## PETITION OF ALBERT LEO DAVID

No. 13673.
Jan. 28, 1977.
558 P.2d 650.

### ORDER

The Court having remanded petitioner's writ for habeas corpus to the district court, fourth judicial district, County of Missoula, Honorable Edward Dussault presiding, and an amended judgment having been filed, the petitioner now wishes the Court to dismiss his petition for writ of habeas corpus filed with the Supreme Court, and

IT IS HEREBY ORDERED that the petition of Albert Leo David for a writ of habeas corpus is dismissed.